THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE F. LEESON, Appellant.

Submitted September 29, 2008; decided October 16, 2008

Motion for assignment of counsel granted and John E. Tyo, Esq., care of Zimmerman & Tyo, 6 East Main Street, P.O. Box 7, Shortsville, New York 14548 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN MATTOCKS, Appellant.

Submitted September 22, 2008; decided October 16, 2008

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE MINGO, Appellant.

Submitted September 22, 2008; decided October 16, 2008

Motion by James Ching for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTERFER PASSINO, Appellant.

Submitted October 14, 2008; decided October 16, 2008

Motion for assignment of counsel granted and M. Elizabeth Coreno, Esq., care of Jones Ferradino, 68 West Avenue, P.O. Box 4400, Saratoga Springs, New York 12866 assigned as counsel to the appellant on the appeal herein.